FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 SEP 18  PM 12:06

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-3224 RB |
| vs. | ) 18 U.S.C. § 875(c): Threat to Injure Using Interstate Communications. |
| **ANTHONY CLARK DAVILA-GARZA,** | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

On or about August 19, 2019, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ANTHONY CLARK DAVILA-GARZA,** knowingly and willfully transmitted in interstate commerce through the use of the internet and the AT&T cellular network, a communication on Facebook, a social media website, which contained a threat to injure John Doe #1, John Doe #2, John Doe #3, unspecified individuals working for NASA, and unspecified members of the United States Military.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
RCW
9/15/2019 12:25 PM