IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 19-CR-3224-RB |
| vs. ) | Count 1: 18 U.S.C. § 2261A(2): Cyberstalking; |
| ANTHONY CLARK DAVILA-GARZA, ) a.k.a. Anthony Garza, ) | Count 2: 18 U.S.C. § 1361: Willfully Injuring Property of the United States. |
| Defendant. ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

On or about August 19, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **ANTHONY CLARK DAVILA-GARZA,** with the intent to injure, harass and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that placed a person in reasonable fear of death or serious bodily injury to that person, an immediate family member of that person, and the spouse and intimate family member of that person, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, an immediate family member of that person, and the spouse and intimate partner of that person, specifically, the defendant, **ANTHONY CLARK DAVILA-GARZA**, posted a threat to kill John Doe #1, John Doe #2, John Doe #3, John Doe #4, unspecified employees of NASA, and unspecified members of the United States Military on Facebook, an interactive

computer service, which caused John Doe #1, John Doe #4, and Jane Doe #1, an employee of NASA, substantial emotional distress.

In violation of 18 U.S.C. § 2261A(2).

Count 2

On or about April 1, 2018, in Doña Ana County, in the District of New Mexico, the defendant, **ANTHONY CLARK DAVILA-GARZA**, willfully committed a depredation against property of the United States and of any department or agency thereof, specifically, the defendant used a motor vehicle to damage entry gates belonging to White Sands Missile Range, a United States Army facility, and the resulting damage exceeded $1000.

In violation of 18 U.S.C. § 1361.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
RCW
11/8/2019 2:02 PM